# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Brenda K. Johnson <br> *Plaintiff* <br> v. <br> Martin J. O'Malley, Commissioner of Social Security <br> *Defendant* | Civil Action No. 22-cv-1547-bhl |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Court's Order, the decision of the Commissioner of the Social Security Administration is reversed and remanded for further proceedings, pursuant to sentence four of 42 U.S.C. Section 405(g).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Brett H. Ludwig on a Social Security complaint.

Date: 2/21/24

*CLERK OF COURT*

s/Julie D.

*Signature of Clerk or Deputy Clerk*